UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


PAUL ANTHONY BROWN,

     Petitioner,

v.                                  CASE NO. 6:12-cv-111-Orl-28GJK

SECRETARY, DEPARTMENT
  OF CORRECTIONS, et al.,

     Respondents.

_____/

## ORDER

This case is before the Court on the following matters:

1.     Respondents filed a response (Doc. No. 21) in which they request that the Court dismiss the Petition.  Petitioner will be provided with an opportunity to file a reply to the Response.  Petitioner shall have **SIXTY (60) DAYS** from the date of this order to reply to the Response.  Thereafter, the Response will be taken under advisement by the Court and an order entered thereon without further notice.

2.     Respondents' Motion to Dismiss (Doc. No. 21) is **DENIED** without prejudice only in that the pleading shall be construed as a response to Petitioner's habeas petition (Doc. No. 8), which was the manner in which Respondents were directed to present the pleading.  After Petitioner files his reply, this matter will be

taken under advisement by the Court and an order entered thereon without further notice.

   **DONE AND ORDERED** in Orlando, Florida, this __16__ day of April, 2013.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 4/12
Counsel of Record